UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANNE GIORGIO,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLLAND AMERICA LINE, INC., et al.,<br><br>    Defendants. | CASE NO. C05-38JLR |
| JOANNE GIORGIO,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLLAND AMERICA LINE, INC., et al.,<br><br>    Defendants. | MINUTE ORDER<br><br>CASE NO. C05-764JLR |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The above-captioned cases are hereby consolidated. All future pleadings filed in this matter shall bear the caption shown above. These cases shall be completed on the trial schedule set forth in C05-38JLR.

Filed and entered this 16th day of May 2005.

                                              BRUCE RIFKIN, Clerk

                                                    s/Mary Duett
                                        By
                                                      Deputy Clerk

MINUTE ORDER